IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IRIS CORTES<br><br>    Plaintiff.<br><br>          v.<br><br>ERNST & YOUNG, LLP, et al.<br><br>    Defendants, | Civil No. 11-1509 (SEC) |

**JUDGMENT**

Pursuant to Plaintiff's Notice of Voluntary Dismissal of even date (Docket # 6), this case is **DISMISSED without prejudice**.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 25th day of October, 2011.

*s/Salvador E. Casellas*
Salvador E. Casellas
U.S. Senior District Judge